### FRED. SNOWBILL VS. ALANSON CASE AND HOMER G. CASE.

WHERE judgment is rendered upon two instruments, bearing different rates of interest, the journal entry should show the amount due and the rate of interest upon each

*Allegan Circuit, March*, 1870.

Suit was brought upon two promisory notes, òne drawing interest at seven per cent, and the other at ten.     At the time

of assessment by the clerk, March 31st, 1870, for judgment, there was due upon the ten per cent. note, with accrued interest, $262.78 ; on the seven per cent. note $197.28, making $460.06, for which judgment was asked.   What rate of interest shall the judgment bear ?

*F. J. Littlejohn,* for Plaintiff.

Defendants defaulted.

BROWN, J.—The statute, § 1317 *C. L.*, provides that the judgment shall bear the same rate of interest as the instrument sued upon, not exceeding ten per cent.   In entering the judgment upon the journal, let the following appear : " And the damages of the said plaintiff on occasion of the premises having been duly assessed at the sum of four hundred and sixty dollars and six cents, one hundred and ninety-seven dollars and twenty-eight cents of said amount bearing interest at seven per cent, and the balance, two hundred and sixty-two dollars and seventy-eight cents of said sum, bearing interest at ten per cent., over and above his costs, and charges, by him about his suit in this behalf expended ;" so that when execution shall issue this recital may be endorsed thereon.